DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA GREEN-ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1792

[November 15, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502008CF011256A.

Cynthia Green-Anderson, Brooksville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***